Case 2:21-cv-01556-WBS-JDP   Document 1   Filed 08/30/21   Page 1 of 10

2 21 CV 1556 JDP (PC)

FILED
AUG 30 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Dear Sir;                                          8/8/21 pg 1

My name is Phillip Brock. I am currently in VSP (Valley State Prison). About 14½ years ago, I was kidnapped and tortured by (6) six people, for 3 days and nights. I ended up escaping on the 4th night, by jumping out of a moving van at around 25 mph.

During the 3 days of my captivity, I was electrocuted in my mouth, my eyes, my feet, my testicles and anus. They told me over and over, they where going to kill me, then kill my entire family. My whole family lives in Tennessee, (Jackson) and Henderson, and my older brother Larry Brock, Jr. in Corinth, Miss. They even knew my sister Sarah Franklin and her husband Bobby Franklins address and the name of their three children; Amber, Ashley, and Charlie, and the town (Henderson, Tenn) in which they live. My father; Larry Albert Brock, Sr. was murdered around 15 years ago, and one of these men said; "We murdered your father as well!"

A Development firm was buying up everybodies farms in an area in Tennessee (Beach) in Carrol County) by promising to build a 20,000 acre, man-made lake, and 'RESORT'. They tried "repeatedly" to purchase my fathers farm, and he "would not sell"! He wrote me and called me several times, saying these people was coming on his property (123 acres), poisoning his trees, tearing down fences, hunting ("illegally - out-of-season), drilling holes in his house, etc.... They had taken arial photos, and made an arielle map of my father

property. I saw it. They needed to pg 2 put 52 acres of his property (under-water) for the man-made lake. I didn't hear from him for about 4 months and then I recieved a letter from my sister Sarah, my father was dead! He had been "mordered"! And I'm "positive" of that! I found out A man named Joe, his mother, and (2) cousins were involved! And are the same one's who kidnapped me 4 years after murdering my father! I believe these very same people killed the old Lady that lives next door to 1874 American Ave, Pomona Ca 91767. On the East Side. They threathened to kill my ex wife and her family if she didn't help them get me!

I have a friend named "LARRY" who is/was a security guard at "CHASE BANK" downtown Pomona, told me some hispanic men approached him and threathened to kill his wife and kids if he didn't go to Mexico with them. I later saw one of the "Hispanic mats", I believe is actually "Cuban", and part of the "Cuban-Mafia" in Pomona. He owns (3) buildings and a Bar Ber Shop on the N.W. Corner of Holt Ave and Indian Hill in Pomona. Myself - and one other man witnessed him shoot and Kill - 7 illegal aliens (Mexican immigrants) in the back of a U-Haul truck, the truck was "parked" on the side of the street, half-a-block west of Holt and Indian Hill, sitting on the north side of Holt Ave.

pg 3.

I know for a fact these people are kidnapping, torturing and murdering 290's and 288's (sex offenders) in California. One told me they had killed 12 sex offenders in Tennessee, out of Jackson, Nashville, and Memphis. If you investigate and see how many 288's & 290's are missing, supposedly (obsconding), or in some kind of mental Institution! You'll be surprised. These people are gang-stalking (using Cherryvale 12th St. gang members in Pomona,) are stalking, hacking in google accounts, Bank Accounts, EDD, SSI, etc. Stealing Identities of 288's & 290's. Someone tried to get a $5,000 loan from a bank, using my I.D.'s.

I'm currently in Prison and these people are using C/O's and the C/O Union too. to illegal Experiments on Inmates. I found out and when I went to Delano, I wrote the Warden letters, and an officer from I.A., an Hispanic Lt. and a white sergeant all whom work S-W-4 in 2017, along with C/O manning EOP Bldgs and a woman "counselor" (manning) is also involved. I've written the prison officials in Delano, Wasco and VSP Prisons, told them Inmates are in Danger, being experimented on, and they refuse to do anything. They are falsifying Mental Health Records, transferring Inmates all over the state, back and forth, giving mental Health Drugs illegally, for pain - muscle aches, etc.

I have enclosed a list of people in Pomona who are directly responsible

pg 4.

or helped finance terrorist attacks, etc.... The GPS satellite system is being used on inmates to murder them, drive them insane, force them to commit suicide, etc. These people are killing high risk offenders in Prison. Check all the 290's + 288's getting released from Prison in last 15 years. They let these offenders do most of their prison sentence, 5 years, 10 years, 14 years, 20 years etc... then within the last year, how many have died with a massive heart attack, or other illness with 4-10 months of being released from prison. They are putting something in these peoples food, or medicine. Theres something in the fatty tissue of the face and tendons or bones of the shoulder joints and hand and feet joints, and in the internal organs. They falsified medical records on me at L.A. County jail saying I had a "CAT SCAN", that I had "gall stones" and needed an operation. It seems the State of California and the Prison/Jail system are conducting illegal Experiments on "Inmates", and so many people, police, %'s involved, no one can stop them. I have written 14 letters to C/O's, police, i,e L.A. County Sheriffs Department, Pomona Police Department and Pomona Parole Department. telling all them I had information a group of people who are terrorist, have killed 6 people in Pomona. killed 5 people in Pacoima area, 3 in San Bernardino. a man with no organs in Desert

- A man named Joe, his brother, roommate and 3 cousins live next door to 1875 American Ave, Pomona - 30) them kidnapped me, threatened to kill my family, owner of Spectrum Cable in Pomona is also involved. A Black Drug Dealer named TRE and one named Smokie in Pomona/Sun City are involved in trying to have me killed along with members of the 12th St. Cherryville Street Gang (mondo) c/o Manning and CCI Manning from Delano Reception/Prison along with a Hispanic Lt. white Sergeant, and Blk. I.A. threatened to kill me if I wrote another letter to IA or the Warden asking for help about terrorism, and the terrorist attack on San Bernardino.
- Chris Bell
- Lee Cara Car Lot
- Care Ambulance Service
- Mt. Baldy Fire Dept.
- Cigarette Store on Palomares + Holt
- Hispanic Woman named "Nercy"
- Blk man Leroy - Claremont + Danita Vitot family in Claremont involved.
- 2 Blk men who run homeless Shelter in Pomona for City of Pomona and Blk woman from V.O.A. (Pomona

These people murdered my father Larry Albert Brock, Sr. in West Tennessee for his farm. The people who bought his farm are involved in terrorism and murder.

I swear under Oath, to God, and man, this is All true. Half of the businesses downtown Pomona...

are owned and operated by members of a "Domestic Terrorist Cell". The building on the S.W. corner of Gary Ave. and Holt Ave. in Pomona, is owned by a Russian national who I know for a fact held 12 hostages in this building, and 5 members of a Cherryvalle 12th St. Gang members, took 4 of them out and killed them.

All these people are "Involved" with the terrorist attack on San Bernardino a few years back. Detective Bd, and Detective Johanson from Pomona Police Dept. Knows! who these people are. I can't figure out why they won't come forward with the information.

These people along with the owner of a Barber shop on Indian Hill and Holt Ave, N.W. corner, are also responsible for bringing in Drugs, Guns, and Illegal Aliens from other countries. I saw this man, (Cuban) shoot 5 Illegal Aliens (Hispanic) in the back of a U-Haul truck one night about 2 years ago.

A company "Lifestyle Productions" in 2009, helped arrange to have 2 people kidnapped and murdered. Also the "Back Page Classifieds", is using prostitutes to illegally trap and stalk sex offenders, and so called predators. I've told D.A.P.O. that A Parole CRUZ and (Pomona) Trujillo (Ontario) and Pena all took pay offs - to help, or turn a blind eye

pg 7.

to these illegal experiments. These people contacted Dept. of Public Social Service, about me and the Social Security Administration. The "Egles lodge" next door to the SSI office, have at least 40% membership who's involved with Terrorism, gun-running, "human trafficking", even "young minor girls," and trafficking of "human organs", "Internal". They murdered that man they found in the desert out by Banning-Cabozon area with no organs in his body. I wrote 3 different police agencys that I knew who did it, and to this day they still havent come to see me or even talk to me about it. I have information (first hand) about the terrorist attack in San Bernardino. Over half the business's downtown Pomona are owned by "drug-dealing terrorist," as well as "We Care Car Lot", "Liberty Car lot", and 3 "Smoke Shops" in Pomona. All have "protection" from Police in Pomona and San Bernardino, I have went to the police in Pomona and city Hall-"Mayors office", (4) four times, "D.A.'s office twice", and no one would even take a report. The Claremont Police Dept, is also informed about these groups, and told me to shut my mouth. I told them those Schools are in danger of terrorist attacks, and the Claremont Police went to (5) of my personal friends and made them - help the Police Department SET-ME-UP! Aimee from Chevron-(Indian Hill + 10 FTWY) manager. Told me She helped get me arrested, July 15 2020

pg 8.

When, I was Kidnapped by Joe, and his family, they put "Something" in my body, and said they could use it to kill me if I told or went to the Police. They said SpaceX had put a satellite up with electromagnetic impulses - they used to (vibrate the central nerve system) in people = called it - "Fiber-my algia-". The family of my victims in 1983 in Hoffeman Estates are directly involved in the Kidnapping of myself, and death threats on my entire family.

I wrote letters asking for help    pg 9
from:
1.) Chief Judge Broughton
   (Pomona Superior Court)
2.) D.A. Office (Pomona Superior Court)
3.) Public Defenders Office (Pomona Superior Court)
4.) Warden - WASCO Reception Prison
5.) Warden Delano Reception Prison
6.) Attorney-General of Ca. Dept. of Justice
7.) DAPO. Parole - Sacramento (3 times)
8.) Judge in Sacramento Superior Court
9.) Senator Boxter's Office
10.) Went to Pomona City Hall
11.) Pomona Mayors office (3) times
12.) Pomona Police Dept (2) times
13.) (23) twenty three inmate requests at Los Angeles County Jail. With only one response.


People Involved in murder, Kidnapping and Terrorism.
1. Bobby - of (Bobby's Bicycle Shop) Pomona (whole family involved.)
2. Pomona Pawn - Bobby & His Uncle - Threathened with death or violence.
3. Parole Agent CRUZ, Feria, and Peneado (Pomona)
4. Police officers - Lee Thayer, and Baraccs from West Covina directly involved with setting me up. on July 15, 2020 at Home Depot, on Badillo St.
5. Detective Johanson and officer Enrique - Pomona P.D.
6. Leroy Valdez, Chris Belly
7. Roxaura Sandoval & her family
8. Cody Taylor and his whole family (caucasian)

pg 10

These people are stealing peoples Identifications, and my Drivers License, and Social Security numbers. Trying to claim me on someones "tax return", getting Food Stamps, EDD. Check all the missing 290's + 288's. names + SSI. numbers. A white Supremist group out of Pomona "Rise Above" are involved in helping these terrorist get I.D's, housing- ie, theres (2) safe houses in Pomona where I know they where holding hostages. I told L.A. County Sheriffs Dept. and Pomona Police Dept. and neither one even went to check it out. Whats wrong with this picture...

Philip Block
BA 359

PO Box 92
Chowchilla CA. 93610