UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BROCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOBBY, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-01556-JDP (PC)<br><br>ORDER DISCHARGING THE DECEMBER 28, 2021 ORDER TO SHOW CAUSE<br><br>ECF No. 4 |

　　　Since plaintiff has filed an application to proceed *in forma pauperis*, ECF No. 5, the court discharges its December 28, 2021 order to show cause, ECF No. 4.  The court will review plaintiff's application to proceed *in forma pauperis* and screen the complaint in due course.

IT IS SO ORDERED.

Dated:　　January 11, 2022　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE